[No. 39060-1-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HOSHANG
PARTOWKIA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07335-9, Marilyn R. Sellers, J., entered
July 16, 1996. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Agid, A.C.J., and Webster, J.

[No. 41206-0-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SALLYEA O.
MCCLINTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07306-5, Richard A. Jones, J., entered
August 18, 1997. *Affirmed in part* and *reversed in part* by
unpublished per curiam opinion.

[No. 41383-0-I.    Division One.    July 6, 1999.]

MICHELLE BURCKHARD, *Appellant*, v. SEABEST FOODS, INC.,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-00808-7, Glenna Hall, J., entered August
1, 1997. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Kennedy, C.J.; Baker, J., dissenting.

[No. 41456-9-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LOVE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-04943-3, Deborah Fleck, J., entered
October 1, 1997. *Dismissed* by unpublished per curiam
opinion.